*Spalding* v. *Watertown*, No. 201. Error to the Circuit Court of the United States for the Western District of Wisconsin. Argued March 13, 1889. Decided April 8, 1889. MR. JUSTICE BRADLEY. This case is precisely like the one just considered, and judgment of affirmance must be rendered in this also.

*Affirmed.*

*Mr. George P. Miller* for plaintiffs in error.

*Mr. George W. Bird* and *Mr. Daniel Hall* for defendant in error.